IN THE UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF ILLINOIS

Javier Vega

    Plaintiff(s)

v.

Mid-America Taping

    Defendant(s)

Case No. 16 C 8158

## JUDGMENT IN A CIVIL CASE

Judgment is hereby entered (check appropriate box):

☐ in favor of plaintiff(s)

and against defendant(s)

in the amount of $ _____ ,

which ☐ includes    pre–judgment interest.

☐ does not include pre–judgment interest.

Post-judgment interest accrues on that amount at the rate provided by law from the date of this judgment.

Plaintiff(s) shall recover costs from defendant(s).

☐ in favor of defendant(s)

and against plaintiff(s)

Defendant(s) shall recover costs from plaintiff(s).

☑ other: Final judgment is entered dismissing this action for failure to allege Article III standing.

This action was *(check one)*:

☐ tried by a jury with Judge      presiding, and the jury has rendered a verdict.
☐ tried by Judge      without a jury and the above decision was reached.
☑ decided by Judge Thomas M. Durkin      a motion

Date: 8/20/2018

Thomas G. Bruton, Clerk of Court

/s/ Sandy Newland_____ , Deputy Clerk